IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JERROD EUGENE DIERS,<br><br>      Plaintiff<br><br>v.<br><br>TED ROBINSON, in his official capacity and individual capacity, DAN FELL, in his official capacity and individual capacity, OTTUMWA RESIDENTIAL CORRECTIONAL FACILITY, IOWA DEPARTMENT OF CORRECTIONS, EIGHTH DISTRICT DEPARTMENT OF CORRECTIONS, STATE OF IOWA, LISA HOUK in her official capacity and individual capacity, NYCOLE HARBISON in her official capacity and individual capacity,<br><br>      Defendants. | Case No.   4:23-cv-00465-SMR-SBJ<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

    **COMES NOW** the Plaintiff, Jerrod Eugene Diers, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives his notice of Dismissal without prejudice of the above-captioned action.

                                             Respectfully submitted,

                              By:   */s/ Bruce H. Stoltze, Jr.*
                                          Bruce H. Stoltze, Jr. (AT0010694)
                                          Stoltze Law Group, PLC
                                          300 Walnut, Suite 260
                                          Des Moines, Iowa  50309
                                          Telephone:  (515) 989-8529
                                          Facsimile:  (515) 989-8530
                                          E-mail: bruce.stoltze.jr@stoltze.law
                                          ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 6th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christine Louis
Office of the Attorney General
1305 E. Walnut Street
Des Moines, IA  50319
Telephone: (515) 281-6662
E-mail: christine.louis@ag.iowa.gov
ATTORNEY FOR DEFENDANTS
STATE OF IOWA AND
IOWA DEPARTMENT OF CORRECTIONS

Andrew T. Tice
Ahlers & Cooney
100 Court Avenue, Suite 600
Des Moines, IA  50309
Telephone: (515) 243-7611
Facsimile: (515) 243-2194
E-mail: atice@ahlerslaw.com
ATTORNEY FOR DEFENDANTS
TED ROBINSON, DAN FELL, AND
EIGHTH DISTRICT DEPARTMENT OF CORRECTIONS

By: */s/ Bruce H. Stoltze, Jr.*